UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>EASEMENTS AND RIGHTS-OF-WAY<br>OVER A TOTAL OF 1.83 ACRES OF LAND,<br>MORE OR LESS, IN SUMNER COUNTY,<br>TENNESSEE, and<br>WALTER H. STEPHENSON, II<br>Defendants | No. 3-11-cv-0304<br>Judge Wiseman |

## INVESTMENT ORDER

The Clerk of this Court is hereby directed to invest in an interest-bearing account with Bank of America in Nashville, Tennessee, the funds that the Plaintiff deposited with the Court's Registry upon the filing of the Declaration of Taking in this action.

The Clerk of this Court's Registry fee of 10 percent of the interest accrued on this investment account shall be deducted at the time of the disbursement of funds in this action, which disbursement shall only be pursuant to further order of the Court.

It is Ordered that, prior to a disbursement of funds in this action, the parties shall provide to the Clerk of this Court the name, address, social security number and/or employer identification number of the recipient(s) of the funds, in accordance with Local Rule 67.01(b).

It is further Ordered that counsel for Plaintiff shall serve a copy of this order on the Clerk of this Court or his Financial Specialist personally or by certified mail.

1

Absent receipt by the Clerk of the Court or his Financial Specialist of a copy of this order, the Clerk is hereby relieved of personal liability relative to compliance with this order.

It is so ORDERED.

_____
United States District Judge